Constantin V. Roboostoff State Bar No. 69328
William Reilly State Bar No. 177550
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 820
San Francisco, California 94104
(415) 732-0282

Attorneys for Plaintiff Gary Goldsworthy

ROBERT HESS (SBN 178042)
rhess@maynardcooper.com
KAREN T. TSUI (SBN 305869)
ktsui@maynardcooper.com
**MAYNARD COOPER & GALE LLP**
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone: 310-596-4500

Attorneys for Defendant
United of Omaha Life Insurance Company

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| Gary Goldsworthy, <br><br> Plaintiff, <br><br> v. <br><br> United of Omaha Life Insurance Company, <br><br><br> Defendant. | Case No. 1:22-cv-00696-JLT-SKO <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE HEARING & FILING DATES** <br><br> Hearing Date: August 17, 2022 <br> Time: 9:00 a.m. <br> Courtroom: 4, 7th Floor <br> Judge: Hon. Jennifer L. Thurston |

WHEREAS, Plaintiff Gary Goldsworthy filed a Motion to Remand set to be heard on August 17, 2022;

WHEREAS, Plaintiff's counsel will be traveling and/or out of the country from July 27, 2022 through August 7, 2022;

WHEREAS, the parties stipulated to continue that hearing to August 25, 2022 or later if the Court so desires, that Defendants' opposition will be filed on August 8, 2022, and that Plaintiff's reply will be filed on August 18, 2022;

The Parties stipulate and request the Court continue the August 17, 2022 hearing to August 25, 2022 or later if the Court so desires, that Defendants' opposition will be filed on August 8, 2022, and that Plaintiff's reply will be filed on August 18, 2022.

IT IS SO STIPULATED.

DATED: July 13, 2022				MAYNARD COOPER & GALE LLP


						By: */s/ Karen T. Tsui*
						    Karen T. Tsui
						    Attorneys for Defendant
						    United of Omaha Life Insurance Company

DATED: July 13, 2022				ROBOOSTOFF & KALKIN, APLC


						By: */s/ William Reilly*
						    William Reilly
						    Attorneys for Plaintiff Gary Goldsworthy

///
///
///
///
///

- 2 -

Case No. 1:22-cv-00696-JLT-SKO

ORDER

Considering the above stipulation, Defendants' opposition shall be filed on August 8, 2022, and Plaintiff's reply shall be filed on August 18, 2022. In accordance with the undersigned's standing order[1], no hearing will be calendared and the matter will be decided on the papers. The parties are warned that civil cases in this district are experiencing significant delays due to the ongoing judicial resource emergency. It may be many months before the Court is able to resolve the pending motion. Consent to the magistrate judge may alleviate some of the delays associated with Court congestion.

IT IS SO ORDERED.

Dated: **July 14, 2022**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

---

[1] Available at: https://www.caed.uscourts.gov/caednew/assets/File/JLT%20StandOrd%2001132022.pdf