**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY GOLDSWORTHY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00696-JLT-SKO<br><br>**ORDER SETTING SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE CAROLYN DELANEY ON DECEMBER 8, 2022**<br><br>Complaint Filed:  March 30, 2022 |

**ORDER**

Pursuant to Rule 270(b) of the Local Rules for the United States District Court for the Eastern District of California, Plaintiff Gary Goldsworthy ("Plaintiff") and Defendant United of Omaha Life Insurance Company ("Defendant"), by and through their respective counsel, have requested a settlement conference with Magistrate Judge Carolyn Delaney to take place on December 8, 2022 at 9:30 AM via Zoom.

Having read and considered the parties' request, the Joint Stipulation is GRANTED. The parties are ordered to attend a Settlement Conference with Magistrate Judge Carolyn Delaney on December 8, 2022 at 9:30 AM.

IT IS SO ORDERED.

Dated:   **October 27, 2022**                            /s/ Jennifer L. Thurston
                                                                    UNITED STATES DISTRICT JUDGE