1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GOLDWORTHY, | No. 1:22-cv-00696-JLT-SKO |
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | (Doc. 19) |
| Defendant. | |

On January 5, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 19.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 6, 2023**                     /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE